tiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Frederic W. Procter, pro se.* Solicitor General *Fahy,* Assistant Attorney General *Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Carlton Fox* for respondent.

No. 403. MAHER *v.* NEBRASKA. October 23, 1944. Petition for writ of certiorari to the Supreme Court of Nebraska denied. *Messrs. Eugene D. O'Sullivan* and *Grenville P. North* for petitioner. *Messrs. Walter R. Johnson,* Attorney General of Nebraska, *H. Emerson Kokjer,* Deputy Attorney General, and *Rush C. Clarke,* Assistant Attorney General, for respondent.

No. 404. WITTER ET AL. *v.* NIKOLAS ET AL. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Meyer Abrams* for petitioners. *Mr. Walter E. Wiles* for respondents.

Nos. 405 and 406. PEER ET AL. *v.* NIKOLAS ET AL. October 23, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Meyer Abrams* for petitioners. *Mr. Walter E. Wiles* for respondents.

No. 408. CLOVER SPLINT COAL Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. October 23, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Arthur S. Dayton* and *William Wallace Booth* for petitioner. Solicitor Gen-